IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 10-cr-00590-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANTONIO TAURINO MARTINEZ- URIAS,

    Defendant.

___

ORDER
___

    Upon Defendant's pro se Motion for a Re-Consideration (Doc 64), it is

    ORDERED that the Motion is DENIED.

                                     BY THE COURT:

                                      s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, JUDGE

DATED: November 9, 2011